89/4214

**Appeal Dismissed and Opinion issued July 28, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-01639-CR

## JULIAN MARQUEZ, Appellant

### V.

## STATE OF TEXAS, Appellee

**On Appeal from the 219th District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81457-98**

## OPINION AND ORDER PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion to withdraw and **ORDERS** the appeal **DISMISSED** and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-01639-CR    Date Filed: 09/29/1999

Style: Marquez, Julian

v.

The State of Texas

Trial Judge:            Henderson, Curt B.
Trial Court Reporter:        Wheeler,Deborah/MaienscheinS
Trial Court:        219TH DISTRICT COURT  Trial County:   COLLIN

APP    Greg Willis
ATT 21653500
777 E 15 th #203
Plano, TX 75074
Phone 972/616-1999
Fax

STA    Tom O'Connell
ATT 015181000
Criminal District Attorney
Collin County Courthouse
210 S. McDonald Street, Suite 324
McKinney, TX 75069
Phone 972/548-4323
Fax 972/542-3052